| Trustee's Name, Address, Phone, Fax, Email:<br>David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI 96812-4379<br>Phone: (808) 222-3133<br>Fax: (866) 559-2922<br>Email: farmerd001@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** |
|---|---|
| Debtor(s):<br>TERUYA, JOHN HISAO | Case No.: 09-00438 FJR<br><br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $ 7,632.46 |
|---|---|

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 2 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St.,<br>Phoenix, AZ 85003 | $ 1,751.49 |
| 3 | Capital One, N.A. Unsecured<br>P.O. Box 85140<br>Richmond, VA 23285-5140 | $ 5,880.97 |
| Dated: July 8, 2010 | /s/ David C. Farmer<br>   Trustee | |